### (April 12, 1966)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEE SEINGAUR, Appellant, v. ROSS E. HEROLD, as Superintendent of Dannemora State Hospital, Respondent.— Appellant has been discharged from Dannemora State Hospital. (See *Baxstrom* v. *Herold,* 383 U. S. 107.) Appeal dismissed as academic.

(*People ex rel. Hirschberg* v. *Close*, 1 N Y 2d 258; *People ex rel. Cole* v. *Allen*, 22 A D 2d 893; *People ex rel. Taylor* v. *Ramsden*, 17 A D 2d 645.) — Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.